STERN et al., Respondents, v. HERZMANSKY, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Appeal from Special Term, New York County. Action by Joseph W. Stern and others against Bernard Herzmansky. From an order denying a motion to vacate the attachment, defendant appeals. Modified and affirmed. Nathan Burkan, of New York City, for appellant.

Theodore B. Richter, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by reducing the amount stated in the warrant of attachment to $1,500, and, as so modified, affirmed, without costs.

McLAUGHLIN and SCOTT, JJ., dissent, and vote to reverse the order appealed from, and to vacate the attachment, on the ground that it does not appear from the papers that the plaintiffs have a cause of action against the defendant.